# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Carol Widmer,

        Plaintiff,                  Civil 10-1085 (RHK/AJB)

vs.                              **DISQUALIFICATION AND**
                                          **ORDER FOR REASSIGNMENT**

Wyeth, LLC, et al.,

        Defendants.


The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  April 9, 2010

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge